**KATHLEEN A. LEAVITT**
Chapter 13 Bankruptcy Trustee
District Of Nevada
201 Las Vegas Blvd South, Suite 200
LAS VEGAS, NEVADA 89101
(702) 853-0713

RECEIVED
AND

APR 26  11 07 AM '11

U.S.
...

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE:   JAMES RECTOR
      ISABEL RECTOR
      3927 Hollow Cove Lane
      Richmond, TX 77469

BK-S-07-10061-MKN
Chapter 13

**NOTICE OF UNCLAIMED FUNDS**

TO:   Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| Claim #46 | Westley Villanueva/Ford Motor<br>1771 E. Flamingo Rd, Ste 112A<br>Las Vegas, NV 89119 | | $1016.80 |
| | Totals | | $1016.80 |

Date: _April 26, 2011

*Kathleen A. Leavitt, Trustee*
Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

NOTE:   Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.
CC:   James & Isabel Rector
      Haines & Krieger L.L.C.

Receipt # 201398    $1016.80